James ALSTON, Petitioner,

v.

**SOCIAL SECURITY ADMINISTRATION, Respondent.**

No. 2010–3007.

United States Court of Appeals, Federal Circuit.

July 21, 2010.

James W. Richard, II, Age, Local 1923, of Baltimore, MD, argued for petitioner.

Scott D. Austin, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Brian M. Simkin, Assistant Director. Of counsel on the brief was Aparna V. Srinivasan, Attorney, Office of the General Counsel, Social Security Administration, of Baltimore, MD.

NEWMAN, MAYER, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**